# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-3466
_____

United States of America

*Plaintiff - Appellee*

v.

Claude Dukes, Jr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: June 5, 2026
Filed: June 12, 2026
[Unpublished]

_____

Before LOKEN, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Claude Dukes, Jr. appeals after a jury convicted him of a drug offense and the district court[1] sentenced him to 300 months in prison. On appeal, Dukes challenges the admission of his prior convictions at trial.

Upon careful review, we conclude that the government provided adequate notice of its intent to introduce Dukes's convictions and that the district court did not abuse its discretion by admitting the judgments at trial to show his intent and knowledge. See United States v. Grady, 88 F.4th 1246, 1257-59 (8th Cir. 2023) (admission of evidence is reviewed for abuse of discretion; prior convictions for distributing drugs, and even the possession of user-quantities of a controlled substance, are relevant under Fed. R. Evid. 404(b) to show knowledge and intent to commit a current charge of conspiracy to distribute drugs); United States v. Crow Ghost, 79 F.4th 927, 934 (8th Cir. 2023) (reasonable notice under Rule 404(b)(3) is a flexible standard dependent largely on the circumstances of each case).

Accordingly, we affirm.

_____

---

[1]The Honorable Timothy L. Brooks, Chief Judge, United States District Court for the Western District of Arkansas.